**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Arnaudov, et al., | No. MC-16-00085-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| California Delta Mechanical Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Judgment Creditors' Petition for Order Discharging Garnishee. (Doc. 24.) Also pending before the Court is a Report and Recommendation ("R & R") by Magistrate Judge Michael T. Morrissey recommending granting the petition. (Doc. 33.) No party has filed an objection to this R & R, and the time to do so has passed. (*See* Doc. 33 at 2, Doc. 71.)

In reviewing an R & R, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection"). No objections having been received, the Court will accept and adopt the R & R.

Based on the foregoing,

**IT IS ORDERED** that the Report and Recommendation (Doc. 33) is **accepted**; accordingly:

    1.    The Judgment Creditors' Petition for Order Discharging Garnishee (Doc. 24) is **granted** as provided in the Report and Recommendation.

    2.    Garnishee Metro Phoenix Bank is **discharged** from the writ of garnishment (Doc. 15) as provided in the Report and Recommendation.

Dated this 13th day of September, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge